UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   Raymond Morales                        : Chapter 13

        Debtor                              : Bky No.  25-13303 djb

## Certification of Service

    I, Lawrence S Rubin, attorney for the debtor, certify that on August 21, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

Chapter 13 Plan

Mailing List Exhibit:

All creditors listed on Schedules D/E/F
By first class mail

The debtor by handing him a copy.

                **s/Lawrence S.  Rubin, Esquire**
                Lawrence S. Rubin, Esquire
                Attorney for Debtor
                337 West State Street
                Media, PA 19063
                (610) 565-6660

Dated:  August 21, 2025

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com