UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   Raymond Morales                            : Chapter 13

        Debtor                                    : Bky No.  25-13303 djb

<u>Objection to Certification of Default of Movement Mortgage, LLC,, Dkt #48</u>

    Debtor, by counsel, Lawrence S.  Rubin, Esquire, hereby objects to the Certification

of Default of Movement Mortgage, LLC, docket #48 and requests a hearing thereon prior to

the court entering an order modifying the stay.

                                        s/ Lawrence S.  Rubin, Esquire
                                        Lawrence S.  Rubin, Esquire
                                        Attorney for the debtors
                                        337 W State Street
                                        Media, PA 19063-2615
                                        (610) 565-6660

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com